# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Celeste C. Smith

                              Plaintiff,

v.                                                   Case No.: 1:26−cv−01940

                                                                  Honorable Jorge L. Alonso

Wayfarer Foundation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion for leave to appear pro hac vice [7] is granted. Attorney Alice Bonita Jennings is given leave to file an appearance on behalf of Plaintiff. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.