**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CELESTE C. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case: No. 1:26-cv-01940 |
| | ) |
| WAYFARER FOUNDATION, *et al.*, | ) Honorable Jorge L. Alonso |
| | ) |
| Defendants. | ) |

**STEVE SAROWITZ'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES Defendant STEVE SAROWITZ ("Sarowitz"), individually, by and through his attorneys Jamie Filipovic and Riley Olson of O'Hagan Meyer LLC, for his Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and Rule 12(b)(6). In support, Defendant states as follows:

1.  On February 20, 2026 Plaintiff Celeste Smith ("Plaintiff") filed a complaint against Defendant Sarowitz. [Dkt. 1].

2.  Therein, Plaintiff asserted seven causes of action against Sarowitz, including: (1) sex-based discrimination and race-based discrimination (Count I); (2) retaliation and retaliatory harassment (Count II); (3) violation of the Age Discrimination in Employment Act (Count III); (4) violation of the Americans with Disabilities Act (Count IV); (5) discrimination in violation of the Illinois Human Rights Act based on age, race, religion, gender, and disability (Count V); (6) retaliation under the Illinois Human Rights Act (the "IHRA") (Count VI); and (7) promissory estoppel and equitable estoppel under Illinois law (Count VII).

3.  Critically, dismissal of Sarowitz is warranted as the law is unequivocal that there is no individual liability under Title VII, the Americans with Disabilities Act, the Age Discrimination in Employment Act, or the Illinois Human Rights Act.

4.   Moreover, even assuming *arguendo,* the Court were to find Plaintiff's IHRA claims alleged in Counts V and VI applied to Sarowitz in his individual capacity, Plaintiff fails to allege exhaustion of administrative remedies, in violation of Federal Rule of Civil Procedure 12(b)(1).

5.   Furthermore, Plaintiff's promissory estoppel and equitable estoppel claims in Count VII likewise fail as Plaintiff fails to allege Sarowitz made any unambiguous promise or misrepresentation to her, which is required to state a viable claim.

6.   Accordingly, dismissal with prejudice is warranted as to all claims against Defendant Steve Sarowitz, individually, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1).

WHEREFORE, Defendant, STEVE SAROWITZ, respectfully requests that this Honorable Court enter an Order granting his Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), with costs assessed against the Plaintiff, and any other relief to which this Court deems equitable and just.

DATED: May 11, 2026

Respectfully submitted:

STEVE SAROWITZ

By:/s/ *Jamie L. Filipovic*
One of its attorneys

Jamie L. Filipovic
Riley B. Olson
O'Hagan Meyer, LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone:  312.422.6100
Facsimile:  312.422.6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com