**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CELESTE C. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case: No. 1:26-cv-01940 |
| | ) | |
| WAYFARER FOUNDATION, | ) | Honorable Jorge L. Alonso |
| WAYFARER PATHWAYS, and | ) | |
| STEVE SAROWITZ, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  *All Counsel of Record*

PLEASE TAKE NOTICE that on **May 19, 2026**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Jorge L. Alonso**, or any judge sitting in his stead **telephonically in Courtroom 1903**, at the United States District Court, for the Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Steve Sarowitz's Motion to Dismiss Plaintiff's Complaint, The Wayfarer Foundation's Motion to Dismiss Plaintiff's Complaint and Wayfarer Pathways' Motion to Dismiss Plaintiff's Complaint,** a copy of which is served upon you together with this Notice.

DATED: May 11, 2026

Respectfully submitted:

STEVE SAROWITZ, WAYFARER
FOUNDATION, and WAYFARER
PATHWAYS

By:/s/ *Jamie L. Filipovic*
One of their attorneys

Jamie L. Filipovic (ARDC No. 6278943)
Riley B. Olson (ARDC No. 6346332)
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone:  312.422.6100
Facsimile:  312.422.6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com