## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Celeste C. Smith

                    Plaintiff,

v.

Wayfarer Foundation, et al.

                    Defendant.

Case No.: 1:26–cv–01940
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff shall respond to Defendants' Motions to dismiss [22], [24] and [26] by 6/19/26; Defendants' replies shall be filed by 7/3/26. The Court will rule electronically on the motion. Motion hearing date of 5/19/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.