## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

CELESTE C. SMITH,

                Plaintiff,

vs.

                Case No. 1:26-cv-01940
                Hon. Jorge L. Alonso

WAYFARER FOUNDATION and
WAYFARER PATHWAYS, and
STEVE SAROWITZ, Individually.

                Defendants.

# EXBHIIT 2

## Plaintiff's Response and Memorandum In Opposition to Defendant Wayfarer Foundation's Motion to Dismiss



# State of Illinois
# **Department of Human Rights**

dhr.illinois.gov

December 3, 2025

**Celeste Smith**
**5035 S East End Avenue Apt S3114**
**Chicago IL 60615**

Re: <u>Celeste Smith vs Wayfarer Foundation / Wayfarer Pathways</u>   <u>IDHR Control #261203082  (EEOC #440-2025-08780)</u>

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (IDHR) are parties to a cooperative agreement. Under this agreement, a copy of the discrimination charge you filed with the EEOC was automatically cross-filed with IDHR. IDHR is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating your charge. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings**, you have 30 days after service of the EEOC's findings on you to either:
- Request that IDHR adopt EEOC's findings so that you may file a complaint in the appropriate circuit court; OR
- Request that IDHR investigate your charge allegations under Illinois law.

This letter does not apply to you if you choose to file a complaint in federal court or if the parties settled the EEOC charge. You may also choose to take no further action.

If you want IDHR to take any further action on your charge, you must timely send to IDHR the following:
(1) A copy of the EEOC's findings regarding the investigation of your charge; and
(2) The control number identified above with a one sentence written statement stating what action you are requesting IDHR take.

Submissions of the EEOC's findings and written statement may be submitted to IDHR by either:

**Mail:**     Send via U.S. Postal certified mail, return receipt requested, to:

Illinois Department of Human Rights, Attn: EEOC Referred

Charges/Intake Unit, 555 W. Monroe Street, 7th Floor, Chicago, IL 60661.

**Or Email:**   IDHR.preinvestigation@illinois.gov

Please do not respond to IDHR if more than 30 days have passed from service of the EEOC's determination. Upon receipt of the EEOC's findings, IDHR will mail you a notice as to what further action IDHR may take on your charge.

Due to IDHR staffing levels and high charge volume, complainants are encouraged to consider adopting EEOC's findings. If you request IDHR to investigate and IDHR is not able to assign your charge within 365 days, IDHR will send a notice of your procedural options. This 365-day time period is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to IDHR will result only in IDHR closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with IDHR, you do not need to take any further action.

**If you have any questions, please email IDHR.preinvestigation@illinois.gov. Please do not contact the EEOC.**
ILLINOIS DEPARTMENT OF HUMAN RIGHTS.
PRE1_EEOC 30/Rev: 5/25

555 West Monroe Street, 7th Floor, Chicago, IL 60661, (312) 814-6200, TTY (866) 740-3953, Housing Line (800) 662-3942
524 S. 2nd Street, Suite 300, Springfield, IL 62701 (217) 785-5100
dhr.illinois.gov

**CC: Wayfarer Foundation / Wayfarer Pathways C/O Chief Executive Officer**
350 Linden Ave
Wilmette IL 60091