**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Celeste C. Smith

                    Plaintiff,

v.                                               Case No.: 1:26–cv–01940

                                                 Honorable Jorge L. Alonso

Wayfarer Foundation, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 25, 2026:


      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. For the reasons stated on the record, Plaintiff's Motion for leave to file a first amended complaint and for equitable and injunctive relief; and reliance on jury demand [32] is granted. Plaintiff is directed to file the amended complaint as a separate document on the docket. Defendants' motions to dismiss [22], [24] and [26] are denied as moot. Defendants' renewed motions to dismiss shall be filed by 7/16/26; Plaintiff's response shall be filed by 8/6/26; Defendants' replies shall be filed by 8/20/26. The parties' rule 26(a)(1) disclosures shall be served by 7/17/26. Written discovery to issue 7/24/26. The deadline for joinder of parties and amendment of pleadings is 9/1/26. All fact discovery shall be noticed in time to be completed by 1/15/27. This case is referred to the magistrate judge for discovery supervision, with the authority to set and modify deadlines, and a settlement conference. Notice mailed by Judge's staff (lf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.