## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Celeste C. Smith

        Plaintiff,

v.

Wayfarer Foundation, et al.

        Defendant.

Case No.: 1:26–cv–01940
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for discovery supervision, with authority to set and modify deadlines, and settlement [40, 41]. Because the District Judge has set a discovery schedule, the Court expects the parties to proceed with discovery unless they move for and obtain a stay of discovery. If a dispute over discovery arises, the parties must review and comply with Judge McShain's standing order on discovery motions (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements"). A joint status report is due before Judge McShain on 08/28/2026 to update the Court on: (a) the progress of discovery; (b) whether expert and/or ESI discovery is anticipated; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.