**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CELESTE C. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case: No. 1:26-cv-01940 |
| | ) | |
| WAYFARER FOUNDATION, *et al.*, | ) | Honorable Jorge L. Alonso |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants WAYFARER FOUNDATION (the "Foundation"), WAYFARER PATHWAYS ("Pathways"), and STEVE SAROWITZ ("Sarowitz") (collectively, "Defendants"), by and through their attorneys Jamie Filipovic and Riley Olson of O'Hagan Meyer LLC, and for their Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint filed in the above-captioned matter. In support of their motion, Defendants state as follows:

1. On February 20, 2026, Plaintiff filed the Complaint in this matter. [ECF 1].

2. On May 11, 2026, Defendants each filed a Motion to Dismiss and memorandum in support [ECF 22, 23, 24, 25, 26, 27, 28].

3. Plaintiff then proceeded to file a Response in Opposition to each of Defendants' Motions to Dismiss, as well as a Motion for Leave to File a First Amended Complaint, on June 19, 2026. [ECF 32, 33, 34, 35].

4. On June 25, 2026, the Parties appeared before the Honorable Judge Alonso for a telephonic hearing, whereby this Court granted Plaintiff's Motion for Leave to File a First Amended Complaint and directed the Defendants to file a responsive pleading by July 16, 2026. [ECF 40].

5. Pursuant to this Court's meet-and-confer requirement, Counsel for Defendants conferred with Plaintiff's Counsel regarding the requested extension. Plaintiff does not oppose extending

Defendants' deadline to file their responsive pleading by an additional fourteen (14) days, up to and including July 30, 2026, provided that the remaining briefing schedule is extended by the same fourteen (14) days. Under the proposed schedule, Plaintiff's response would be due on August 20, 2026, and Defendants' reply in support would be due on September 3, 2026.

6. Consistent with Fed. R. Civ. P. 6(b), this Court is permitted to extend the period within which a defendant must respond to the complaint if such a request is made before the original time or its extension expires. Thus, Defendants have timely filed this request pursuant to Fed. R. Civ. P. 6(b).

7. This is Defendants' first request for an Extension of Time to Answer or Otherwise Plead to the First Amended Complaint.

8. This Extension of Time to Answer or Otherwise Plead will not unduly delay this matter, and no party will be prejudiced by this extension of time.

WHEREFORE, Defendants WAYFARER FOUNDATION, WAYFARER PATHWAYS, and STEVE SAROWITZ respectfully request that this Court enter an Order extending the time within which Defendants must file their answer or otherwise plead to Plaintiff's Amended Complaint, up to and including July 30, 2026.

DATED: July 14, 2026          Respectfully submitted:

WAYFARER FOUNDATION,
WAYFARER PATHWAYS, and STEVE
SAROWITZ

By: /s/ *Jamie L. Filipovic*
One of their attorneys

Jamie L. Filipovic (ARDC #6278943)
Riley B. Olson (ARDC #6346332)
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone:  312.422.6100
Facsimile:  312.422.6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com