# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

CELESTE C. SMITH,

Plaintiff,

vs.

WAYFARER FOUNDATION and
WAYFARER PATHWAYS, and
STEVE SAROWITZ, Individually.

Defendants.

Case No. 1:26-cv-01940
Hon. Jorge L. Alonso
Mag. Judge Heater K. McShain

______________________________________/

Melvin Houston (6188334)
Attorney for Plaintiff
15346 Asbury Park
Detroit, MI 48227-1545
(313) 835-6479
aa4624@wayne.edu

Jamie L. Filipovic
Riley B. Olson
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
(312) 422-6100 / (f) 312-422-6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com

Alice B. Jennings (P29064)
**EDWARDS & JENNINGS, P.C.**
Attorney for Plaintiff *(Pro Hac Vice)*
3031 West Grand Blvd., Ste. 435
Detroit, MI 48202
(313) 961-5000
ajennings@edwardjennings.com

## PARTIES' JOINT STATUS REPORT FOR DISCOVERY

**1. The Progress of Discovery**

To date the parties have engaged in written discovery only. Defendants' and Plaintiff's written discovery is due on September 23, 2026.

Further, Plaintiff Smith requests from the Defendants the following deposition and/or will subpoena the following witnesses for depositions:

- Laura Herrick
- Minto Reasor
- Justin Baldoni
- Jennifer Weigel (adverse)
- Lori Kleiman (adverse)
- Elise Litwack (adverse)
- Nwamaka Agbo – Kayaly Foundation
- Cynthia Barnes Slater
- Husayn Almart (adverse)
- Faith Spotted Eagle

Currently, Defendants anticipate requesting the following depositions, but reserve the right to supplement with additional witnesses:

- Plaintiff, Celeste Smith (adverse)

**2. Whether Expert And ESI Discovery is Anticipated**

Plaintiff anticipates Expert Discovery of Plaintiff's expert, Barry M. Grant, CPA, on the issue of economic damages.

Plaintiff's treating physicians and therapist may also offer expert testimony, but as fact witnesses.

Defendants anticipate expert discovery in rebuttal to Plaintiff's expert on the issue of economic damages and possibly rebuttal of the treaters if they testify as experts and will timely disclose any experts in accordance with this Court's order. Defendants also anticipate ESI from the Plaintiff.

**3. The Status Of Settlement Discussions**

A demand was made prelitigation and was rejected. No settlement discussions have occurred since litigation has been filed.

**4. Any Other Issues The Parties May Wish To Raise To The Court**

Plaintiff will request that the Court allow her to name at least two other witnesses in supplemental, initial disclosures, which were Foundation assigned, with the Wayfarer Pathways Giving Department. Defendant preserves all defenses and reserves the right to amend in accordance with the rules.

Respectfully submitted,

/s/ Melvin Houston
Melvin Houston (6188334)
Attorney for Plaintiff
15346 Asbury Park
Detroit, MI 48227-1545
(313) 835-6479
aa4624@wayne.edu

/s/ Jamie L. Filipovic
Jamie L. Filipovic
Riley B. Olson
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
(312) 422-6100 / (f) 312-422-6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com

/s/ Alice B. Jennings
Alice B. Jennings (P29064)
**EDWARDS & JENNINGS, P.C.**
Attorney for Plaintiff
*(Pro Hac Vice Anticipated)*
3031 West Grand Blvd., Ste. 435
Detroit, MI 48202
(313) 961-5000
ajennings@edwardjennings.com

Dated: August 28, 2026

## Certificate of Service

The undersigned certifies she served a copy of Parties' Joint Status Report for Discovery upon counsel of record in this action via electronic mail on August 28, 2026.

/s/ Alice B. Jennings
Alice B. Jennings