**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

CELESTE C. SMITH,

Plaintiff,

vs.

WAYFARER FOUNDATION and
WAYFARER PATHWAYS, and
STEVE SAROWITZ, Individually.

Defendants.

Case No. 1:26-cv-01940
Hon. Jorge L. Alonso
Mag. Judge Heater K. McShain

---

Melvin Houston (6188334)
Attorney for Plaintiff
15346 Asbury Park
Detroit, MI 48227-1545
(313) 835-6479
aa4624@wayne.edu

Jamie L. Filipovic
Riley B. Olson
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
(312) 422-6100 / (f) 312-422-6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com

Alice B. Jennings (P29064)
**EDWARDS & JENNINGS, P.C.**
Attorney for Plaintiff *(Pro Hac Vice)*
3031 West Grand Blvd., Ste. 435
Detroit, MI 48202
(313) 961-5000
ajennings@edwardjennings.com

**PARTIES' JOINT STATUS REPORT FOR DISCOVERY**
**DATED OCTOBER 30, 2026**

1. **The Progress of Discovery**

To date the parties have engaged in written discovery only. Defendants' and Plaintiff's written discovery was exchanged on October 7, 2026.

Plaintiff Smith's deposition is scheduled for December 3, 2026.

On October 27, 2026, Plaintiff requested depositions for the following present, or former, employees of Defendant to take place the first two weeks of December 2026:

1) Stephen Sarowitz
2) Jenniffer Weigel
3) Laura Herrick
4) Elyse Litwack
5) Lori Kleiman

Currently, Plaintiff Smith will schedule and subpoena other former employees, and/or employees, or Board members of Defendants, or non-employee witnesses:

1) Justin Baldoni
2) Husayn Allmart
3) Cynthia Barnes Slater
4) Nwamaka Agbo
5) Faith Spotted Eagle
6) Minito Reasor

Defendants object to the aforementioned proposed depositions and subpoenas directed to Justin Baldoni, Cynthia Barnes Slater, Nwamaka Agbo, and Faith Spotted Eagle as these individuals have no apparent involvement in the underlying litigation or personal knowledge of the matters at issue in this litigation. Accordingly, Defendants maintain that the proposed discovery is irrelevant to the claims and defenses in this action, disproportionate to the needs of the case, and would impose unnecessary burden and expense.

Defendants anticipate requesting the following depositions, but reserve the right to supplement with additional witnesses:

- Plaintiff, Celeste Smith (adverse)

**2. Whether Expert And ESI Discovery is Anticipated**

Plaintiff anticipates Expert Discovery of Plaintiff's expert, Barry M. Grant, CPA, on the issue of economic damages.

Plaintiff's treating physicians and therapist may also offer expert testimony, but as fact witnesses.

Defendants anticipate expert discovery in rebuttal to Plaintiff's expert on the issue of economic damages and possibly rebuttal of the treaters if they testify as experts and will timely disclose any experts in accordance with this Court's order. Defendants also anticipate ESI from the Plaintiff.

3. **The Status Of Settlement Discussions**
A demand was made prelitigation and was rejected. No settlement discussions have occurred since litigation has been filed.

4. **Any Other Issues The Parties May Wish To Raise To The Court**
Plaintiff will request that the Court allow her to name at least two other witnesses in supplemental, initial disclosures, which were Foundation assigned, with the Wayfarer Pathways Giving Department. Plaintiff Smith will file a Motion to Compel More Specific Answers and Production of Documents on all discovery sent on July 23, 2026. Defendant preserves all defenses and reserves the right to amend in accordance with the rules.

Respectfully submitted,

/s/ Melvin Houston
Melvin Houston (6188334)
Attorney for Plaintiff
15346 Asbury Park
Detroit, MI 48227-1545
(313) 835-6479
aa4624@wayne.edu

/s/ Riley B. Olson (*with consent*)
Jamie L. Filipovic
Riley B. Olson
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
(312) 422-6100 / (f) 312-422-6110
jfilipovic@ohaganmeyer.com
rolson@ohaganmeyer.com

/s/ Alice B. Jennings
Alice B. Jennings (P29064)
**EDWARDS & JENNINGS, P.C.**
Attorney for Plaintiff *(Pro Hac Vice)*
3031 West Grand Blvd., Ste. 435
Detroit, MI 48202
(313) 961-5000
ajennings@edwardjennings.com

Dated: October 30, 2026

## **Certificate of Service**

The undersigned certifies she served a copy of Parties' Joint Status Report for Discovery Dated October 30, 2026 upon counsel of record in this action via electronic mail on November 2, 2026.

/s/ Alice B. Jennings
Alice B. Jennings