**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Celeste C. Smith
Plaintiff,
v.
Wayfarer Foundation, et al.
Defendant.

Case No.: 1:26−cv−01940
Honorable Jorge L. Alonso

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [67], which reflects that the parties have exchanged written discovery and reports on the parties' plans for oral discovery. The report also reflects that the parties anticipate expert and ESI discovery. The report further reflects that the parties have multiple disputes over written and oral discovery. The parties are reminded that no discovery motion may be filed until the movant has completely exhausted its meet−and−confer obligations under Local Rule 37.2, and any discovery motion that does not comply with the undersigned's standing order on discovery motions will be summarily denied. Further joint status report on the same topics as the instant report due on 01/08/2027. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.